**Appeal Nos. 2023AP986**
            **2023AP2273**
            **2024AP2255**

**Cir. Ct. Nos. 2022CV117**
**2019CV178**

## STATE OF WISCONSIN

### IN COURT OF APPEALS
### DISTRICT IV

---

**DEAN GALLOWAY,**

    **PLAINTIFF-APPELLANT,**

  **V.**

**TIMOTHY D. SCHIEWE,**

    **DEFENDANT-RESPONDENT.**

FILED

Nov. 10, 2025

Samuel A. Christensen
Clerk of Court of Appeals

---

**V.A. HOUSE N3595, LLC AND DEAN K. GALLOWAY,**

    **RESPONDENTS-CROSS-APPELLANTS,**

  **V.**

**KT HAY, LLC AND TIMOTHY D. SCHIEWE,**

    **APPELLANTS-CROSS-RESPONDENTS.**

---

**V.A. HOUSE N3595, LLC AND DEAN GALLOWAY,**

    **APPELLANTS,**

  **V.**

**KT HAY, LLC AND TIMOTHY D. SCHIEWE,**

    **RESPONDENTS.**

---

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Guy D. Dutcher
Circuit Court Judge
Electronic Notice

Katrina Rasmussen
Clerk of Circuit Court
Waushara County Courthouse
Electronic Notice

Kirsten Adrienne Atanasoff
Electronic Notice

Robyn J. Blader
Electronic Notice

Paul D. Cranley
Electronic Notice

Joseph S. Diedrich
Electronic Notice

Alyssa M. LeRoy
Electronic Notice

Eric M. McLeod
Electronic Notice

James D. Miller
Electronic Notice

Heath G. Mynsberge
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraphs 19 and 78, footnote 14 was added to paragraph 164, and subsequent footnotes in paragraphs 168 and 172 are renumbered accordingly, in the above-captioned opinion which was released on October 16, 2025. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.